UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE RAYMOND FLORES, 1069315,  )<br>  )<br>      Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>KEVIN PRICE, ET AL.,  )<br>  )<br>      Defendants.  ) | CIVIL ACTION NO.<br><br>3:11-CV-2194-G |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 6, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**